No. 79–282. IN RE ALADDIN HOTEL CORP. C. A. 8th Cir. Certiorari denied.

No. 79–301. R & T CONSTRUCTION CO., INC., ET AL. v. ST. LOUIS-SAN FRANCISCO RAILWAY CO. C. A. 5th Cir. Certiorari denied.

No. 79–306. AMERICAN MOTORS CORP. ET AL. v. FEDERAL TRADE COMMISSION ET AL. C. A. 6th Cir. Certiorari denied.

No. 79–309. RENFRO v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 79–318. TORQUATO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 79–328. GOMEZ-MARTINEZ v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 5th Cir. Certiorari denied.

No. 79–335. SHELL OIL CO. ET AL. v. WEST MICHIGAN ENVIRONMENTAL ACTION COUNCIL, INC., ET AL. Sup. Ct. Mich. Certiorari denied.

No. 79–363. MADDEN ET AL. v. MERCANTILE-SAFE DEPOSIT & TRUST CO., TRUSTEE, ET AL. Ct. Sp. App. Md. Certiorari denied.

No. 79–368. CALIG & WATERMAN ET AL. v. SUPREME COURT OF OHIO ET AL. Sup. Ct. Ohio. Certiorari denied.

No. 79–388. RUDISILL v. WESTERN INTERNATIONAL HOTELS CO. C. A. 7th Cir. Certiorari denied.

No. 79–401. BOARD OF COMMISSIONERS OF THE MISSISSIPPI STATE BAR v. FEDERAL LAND BANK OF NEW ORLEANS. C. A. 5th Cir. Certiorari denied.